UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 4:22 CV 405 CDP |
| MJ INTERIOR FINISHES AND CONSTRUCTION MANAGEMENT LLC, formerly known as MJ Painting LLC, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

In my Order of Civil Contempt entered April 12, 2023 (ECF 12), I granted plaintiffs' request for attorneys' fees and ordered the defendants to pay plaintiffs' reasonable attorneys' fees and their expenses of bringing the motion for contempt. Plaintiffs have now notified the Court that the attorneys' fees accrued in relation to the motion for contempt total $2090.  They do not seek reimbursement of their expenses.  Upon review of the affidavit and billing records of plaintiffs' attorney, Matthew J. Gierse, I find that the hourly billing rate for his services and the number of hours expended in relation to the motion are reasonable.  I will therefore order defendants to pay plaintiffs $2090 in attorneys' fees and will include this award of fees in any final judgment or other final disposition in this case.

Accordingly,

**IT IS HEREBY ORDERED** that defendants MJ Interior Finishes and Construction Management LLC and its owner and guarantor, defendant Michael Parran, shall pay to plaintiffs $2090 in attorneys' fees for plaintiffs' bringing the motion for contempt.  Defendants' liability to pay these fees is joint and several. This award of fees shall be included in any final judgment or other final disposition in the case.

The Clerk of Court shall serve by mail a copy of this Memorandum and Order on defendants as follows:

>MJ Interior Finishes and Construction Management LLC
>4319 Augusta Manor Court
>Florissant, MO 63034

and

>Michael Parran
>(also known as Michael Parram, Makal Parram, Michael Parram Ali, Mike Parram, and/or Makal Ali)
>4319 Augusta Manor Court
>Florissant, MO 63034.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of May, 2023.